UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :        Chapter 13

    PEDRO INFANTE, JR.              :

        Debtor                :        Bky No.: 17-13082MDC

**CERTIFICATION OF SERVICE**

ALAN D. BUDMAN, ESQUIRE, being duly sworn, deposes and says:

That on February 28, 2018, he served electronically or by US mail a copy of Debtor's 3rd Amended Chapter 13 Plan to the Trustee, US Trustee, filed unsecured creditors, the attorneys for secured creditor U.S. Bank, the IRS and the City of Philadelphia.

        /s/ Alan D. Budman
        Alan D. Budman
        Attorney for Debtor
        1150 Old York Road
        Abington, PA 19001
        215-884-1600
        adbudman@alanbudman.com