# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Pedro Infante Jr. <br>                      Debtor <br><br> U.S. Bank, National Association, as Trustee for the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2, its successors and/or assigns <br>                      Movant <br>      vs. <br><br> Pedro Infante Jr. <br>                      Debtor <br><br> William C. Miller Esq. <br>                      Trustee | CHAPTER 13 <br><br><br><br> NO. 17-13082 MDC <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

   Kindly withdraw the Objection to Confirmation of U.S. Bank, National Association, as Trustee for the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2, which was filed with the Court on or about October 6, 2017 Document No 18.

                                                 Respectfully submitted,

                                                 **/s/ Kevin G. McDonald, Esquire**
                                                 Kevin G. McDonald, Esquire
                                                 kmcdonald@kmllawgroup.com
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322

February 28, 2018