**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PEDRO INFANTE, JR.                    Chapter 13

Debtor                    Bankruptcy No. 17-13082-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____29th_____ day of _____March_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001

Debtor:
PEDRO INFANTE, JR.

1639 CRESTON ST.

PHILADELPHIA, PA 19149