United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 17-13082-mdc
Pedro Infante, Jr.                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR                Page 1 of 1              Date Rcvd: Mar 29, 2018
                              Form ID: pdf900             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db              +Pedro Infante, Jr.,    1639 Creston St.,    Philadelphia, PA 19149-3441
13983571        +Alan D. Budman, Esq.,    1150 Old York Road,    Abington, PA 19001-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:56     City of Philadelphia,
                   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:26
                   Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2018 04:10:37     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14002926         E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:56     City of Philadelphia,
                   Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                   Philadelphia, PA 19102-1595
13941086        +E-mail/Text: cio.bncmail@irs.gov Mar 30 2018 04:10:00     Internal Revenue Service,
                   P O Box 7346,   Philadelphia, PA 19101-7346
13981429         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:28:46
                   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13961614         E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2018 04:10:09
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                   Kirkland, WA  98083-0788
13910795         E-mail/Text: jennifer.chacon@spservicing.com Mar 30 2018 04:11:07      Select Portfolio,
                   PO Box 65250,   Salt Lake City, UT 84165-0250
13984787        +E-mail/Text: jennifer.chacon@spservicing.com Mar 30 2018 04:11:07
                   U.S. Bank, National Association, as Trustee,    C/O SPS, INC.,   PO BOX 65250,
                   Salt Lake City, UT 84165-0250
13958820         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:22:46     Verizon,
                   by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
              ALAN D. BUDMAN    on behalf of Debtor Pedro  Infante, Jr. alan-budman@erols.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, National Association, as Trustee for
               the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   U.S. Bank, National Association, as Trustee for
               the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PEDRO INFANTE, JR.            Chapter 13

Debtor            Bankruptcy No. 17-13082-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___29th___ day of _____March_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001

Debtor:
PEDRO INFANTE, JR.

1639 CRESTON ST.

PHILADELPHIA, PA 19149