UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| PEDRO INFANTE, JR. | : | |
| Debtor | : | Bky No.: 17-13082MDC |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Alan D. Budman, Esquire, Attorney for the Movant, PEDRO INFANTE, JR., has filed a Motion to Reconsider Dismissal of the Chapter 13 case. (the Motion).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **April 26, 2018**, you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   Clerk, United States Bankruptcy Court
   for the Eastern District of Pennsylvania
   Robert N. C. Nix Building
   900 Market Street - Suite 400
   Philadelphia, PA 19107-4299

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dated stated above; and

   (b) serve a copy to the movants' attorney:

   Alan D. Budman, Esquire
   1150 Old York Road
   2nd Floor
   Abington, PA 19001

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Hon. Magdeline D. Coleman on **May 3, 2018 at 11:00 a.m.,** in Courtroom 2, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  April 6, 2018