United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13082-mdc
Pedro Infante, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1          Date Rcvd: May 04, 2018
                            Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db              +Pedro Infante, Jr.,    1639 Creston St.,    Philadelphia, PA 19149-3441
13983571        +Alan D. Budman, Esq.,    1150 Old York Road,    Abington, PA 19001-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov May 05 2018 01:57:19     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2018 01:56:51
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2018 01:57:03     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14002926         E-mail/Text: bankruptcy@phila.gov May 05 2018 01:57:19     City of Philadelphia,
                   Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                   Philadelphia, PA 19102-1595
13941086        +E-mail/Text: cio.bncmail@irs.gov May 05 2018 01:56:27     Internal Revenue Service,
                   P O Box 7346,    Philadelphia, PA 19101-7346
13981429         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 02:03:59
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13961614         E-mail/Text: bnc-quantum@quantum3group.com May 05 2018 01:56:30
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
13910795         E-mail/Text: jennifer.chacon@spservicing.com May 05 2018 01:57:28     Select Portfolio,
                   PO Box 65250,    Salt Lake City, UT 84165-0250
13984787        +E-mail/Text: jennifer.chacon@spservicing.com May 05 2018 01:57:28
                   U.S. Bank, National Association, as Trustee,    C/O SPS, INC.,    PO BOX 65250,
                   Salt Lake City, UT 84165-0250
13958820         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2018 02:04:06     Verizon,
                   by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              ALAN D. BUDMAN    on behalf of Debtor Pedro  Infante, Jr. alan-budman@erols.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :       Chapter 13

    PEDRO INFANTE, JR.              :

        Debtor              :       Bky No.: 17-13082MDC

## ORDER

AND NOW, this 3rd day of May, 2018, after consideration of the Debtor's Motion for Reconsideration of Order of Dismissal, it is hereby

ORDERED that the said Motion is GRANTED and the Bankruptcy case is REINSTATED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

cc:    Alan D. Budman, Esquire    William Miller, Esq.
       1150 Old York Road         P.O. Box 40119
       Abington, PA  19001        Philadelphia, PA  19106
       Attorney for Debtor          Chapter 13 Trustee

       All creditors