# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13082-MDC

PEDRO INFANTE, JR.

1639 CRESTON ST.

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PEDRO INFANTE, JR.

    1639 CRESTON ST.

    PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

    ALAN D BUDMAN
    1150 OLD YORK RD
    2ND FLOOR
    ABINGTON, PA 19001

Date: 7/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee