United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-13082-mdc
Pedro Infante, Jr.                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jul 30, 2018
                              Form ID: 160          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db              +Pedro Infante, Jr.,    1639 Creston St.,    Philadelphia, PA 19149-3441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
        ALAN D. BUDMAN     on behalf of Debtor Pedro  Infante, Jr. alan-budman@erols.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
         AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
         the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
         the AFC Mortgage Loan Asset Backed Certificates, Series 1999-2 mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 7

### UNITED STATESBANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Pedro Infante, Jr.

        Debtor(s)

Case No: 17−13082−mdc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

on: 9/13/18

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

900 Market Street
Suite 400
Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/30/18

For The Court

Timothy B. McGrath
Clerk of Court